IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:97-cr-0228-GEB |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| LEOFREDO LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On July 26, 2006, Defendant filed a motion in which he requests "early release to a supervised release [program]" pursuant to "the [n]ew [a]mendment to the United States Sentencing Guidelines § 1B1.13."

Section 1B1.13, which does not become effective until November 1, 2006, states in pertinent part:

> Upon motion of the Director of the Bureau of Prisons under 18 U.S.C. 3582(c)(1)(A), the court may reduce a term of imprisonment . . . if . . . extraordinary and compelling reasons warrant the reduction [and] [t]he defendant is not a danger to the safety of any other person or to the community . . . .

Defendant's motion is denied because he has not shown he is authorized

1

1  to file it.
2           IT IS SO ORDERED.
3  Dated:  August 31, 2006
4
                                    /s/ Garland E. Burrell, Jr.
5                                   GARLAND E. BURRELL, JR.
                                    United States District Judge
6