IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,             2:97cr228-GEB-DAD-P

  vs.

LEOFREDO LOPEZ,

    Movant.               <u>ORDER</u>

_____/

        Movant is a federal prisoner proceeding pro se with an amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 16, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed May 16, 2007, are adopted in full;

2. Movant's November 14, 2002 amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is denied;

3. Movant's October 18, 2004 motion for reinstatement of his Apprendi claim, reconsideration, summary judgment or release is denied; and

4. The Clerk of the Court is directed to close the companion civil case, No. CIV. S-00-1117 GEB DAD P.

Dated: July 5, 2007

GARLAND E. BURRELL, JR.
United States District Judge