IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,        No. CR S-97-0228 GEB DAD P

    vs.

LEOFREDO LOPEZ,

    Movant.        <u>ORDER</u>

_____/

    On July 5, 2011, movant filed a document styled, "Petition For Certificate Of Appealability From Dismissal Of Audita Querela Pursuant To 28 U.S.C. § 1651." Movant seeks a certificate of appealability to challenge the dismissal of his petition for writ of error audita querela with the United States Court of Appeals for the Ninth Circuit. The movant's request will be denied. Although findings and recommendation recommending dismissal of the petition were filed on May 2, 2011, they have not yet been submitted to the assigned District Judge for his consideration due to the court's efforts to serve movant with a copy of the findings and recommendations.

    It is now apparent that movant has received the court's findings and recommendations. Accordingly, the court will provide movant a final opportunity to file his

/////

objections to those findings and recommendations before they are submitted to the assigned District Judge.

Accordingly, IT IS ORDERED that:

1. Movant's July 5, 2011 petition for a certificate of appealability (Doc. No. 165) is denied;

2. Within twenty-one days from the date of this order, movant shall file his objections to the findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Movant is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 19, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope0228.eot.obj