IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,              No. CR S-97-0228 GEB DAD P

    vs.

LEOFREDO LOPEZ,

        Movant.                 ORDER

_____/

        Movant, a federal prisoner proceeding pro se, has filed a petition for writ of error audita querela pursuant to 28 U.S.C. § 1651 and 18 U.S.C. § 3231. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On May 2, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. On August 22, 2011, movant was provided an additional twenty-one days to file his objections; however, neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed May 2, 2011, are adopted in full; and

2. Movant's March 25, 2010 petition for writ of error audita querela (Doc. No. 158) is denied.

Dated: September 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge