HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LEOFREDO LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>LEOFREDO LOPEZ,<br><br>            Defendant. | No.  Cr. S 97-228 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable GARLAND E. BURRELL, Jr. |

Defendant, LEOFREDO LOPEZ by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On March 20, 1998, this Court sentenced Mr. Lopez to a term of 292 months imprisonment as to each of Counts 1 and 2, to be served concurrently, for a total term of 292 months;

3. His total offense level was 38, his criminal history category was III after a one-level downward departure for overrepresentation of criminal history was applied; the resulting guideline range was 292 to 365 months;

4. The sentencing range applicable to Mr. Lopez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Lopez's total offense level has been reduced from 38 to 36, and his amended guideline range is 262 to 327 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Lopez's term of imprisonment to a total term of 262 months.

Respectfully submitted,

Dated: December 3, 2014                    Dated: December 3, 2014

BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                     Federal Defender

/s/ *Jason Hitt*                           /s/ *David M. Porter*
JASON HITT                                 DAVID M. PORTER
Assistant U.S. Attorney                    Assistant Federal Defender

Attorney for Plaintiff                     Attorney for Defendant
UNITED STATES OF AMERICA                   LEOFREDO LOPEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Lopez is entitled to the benefit Amendment 782, which reduces the total offense level from 38 to 36, resulting in an amended guideline range of 262 to 327 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 1998 is reduced to a term of 262 months imprisonment as to each of Counts 1 and 2, to be served concurrently, for a total term of 262 months.

1      IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
2 remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
3 reduction in sentence, and shall serve certified copies of the amended judgment on the United
4 States Bureau of Prisons and the United States Probation Office.
5      Unless otherwise ordered, Mr. Lopez shall report to the United States Probation Office
6 within seventy-two hours after his release.
7 Dated:  December 4, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge